FILED15 JUN '21 16:07USDC-ORP

SEALED

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:21-cr-00207-IM** |
| **v.** | **INDICTMENT** |
| **EFETURI ARIAWHORAI aka EFETURI SIMEON aka EFE RIGO aka ALEX RIGO aka ALEX SIM aka STEPHEN HOCKMAN aka JAMES WILLIAMS aka CLAYTON ROBERT** | **18 U.S.C. § 1349; 18 U.S.C. § 1343; 18 U.S.C. § 1028A** |
| **and** | **Forfeiture Allegation** |
| **IKENNA NWAJIAKU aka MARK DAVID aka ROLAND SLIMINGO aka FINE BOY** | **UNDER SEAL** |
| **Defendants.** | |

**THE GRAND JURY CHARGES:**

**INTRODUCTORY ALLEGATIONS:**

1. Defendant **EFETURI ARIAWHORAI aka EFETURI SIMEON aka EFE RIGO aka ALEX RIGO aka ALEX SIM aka STEPHEN HOCKMAN aka JAMES WILLIAMS aka CLAYTON ROBERT** (hereinafter "**ARIAWHORAI**") is a citizen of the country of Nigeria but is believed to reside elsewhere. **ARIAWHORAI** uses aliases to conceal his identity and used aliases when communicating with victims.

/ / /

2. Defendant **IKENNA NWAJIAKU aka MARK DAVID aka ROLAND SLIMINGO aka FINE BOY** (hereinafter "**NWAJIAKU**") is a citizen of the country of Nigeria but may reside elsewhere. **NWAJIAKU** uses aliases to conceal his identity and used aliases when communicating with victims.

**COUNT 1**
**(Conspiracy to Commit Wire Fraud)**
**(18 U.S.C. § 1349)**

3. Beginning in or about June 2019, and continuing until in or about January 2021, within the District of Oregon and elsewhere, defendants **ARIAWHORAI** and **NWAJIAKU** and others, known and unknown to the Grand Jury, did knowingly combine, conspire, confederate, and agree with each other to commit wire fraud, to wit, they agreed to knowingly devise a scheme and artifice to defraud as to material matters and to obtain money and property by means of false and fraudulent pretenses, representations, promises, and omissions of material facts in violation of 18 U.S.C. § 1343.

**MANNER AND MEANS AND SCHEME TO DEFRAUD**

4. Defendants and others used the following manner and means to carry out the conspiracy and scheme to defraud:

5. It was part of the conspiracy and scheme to defraud that defendants and others engaged in a scheme to steal from victims, including numerous school districts, universities, colleges, and hospitals, by impersonating construction companies and real employees at those companies.

6. It was part of the conspiracy and scheme to defraud that defendants and others sent e-mails with false updated banking information to convince victims to send payments to

///

bank accounts controlled by money mules under the influence of defendants and other coconspirators known and unknown coconspirators.

7. It was part of the conspiracy and scheme to defraud that defendants and their co-conspirators used compromised servers, leased infrastructure, and virtual private network services in an effort to conceal their identity.

8. It was part of the conspiracy and scheme to defraud that defendants and their coconspirators created hundreds of email addresses using false names and other information that they would use to operate the scheme.

9. It was part of the conspiracy and scheme to defraud that defendants and their coconspirators hunted for victims by using databases to search for high-dollar construction projects. They would also find real employees in the company to impersonate in an effort to advance the scheme.

10. It was part of the conspiracy and scheme to defraud that defendants and their coconspirators registered domains and email addresses with slight variations from real companies in an effort to trick victims into thinking they were communicating with the real company. For example, if a company did not have "inc" in its domain name, defendants and their coconspirators may register a domain and email addresses with the company name followed by "inc."

11. It was part of the conspiracy and scheme to defraud that defendants and their coconspirators would send an e-mail to the victim using a lookalike email address of a construction company and would sign the email with the name of a real employee at a construction company. They would attach a request to update banking information to convince

///

the victims to send money to bank accounts controlled by money mules under the influence of defendants and other coconspirators known and unknown coconspirators.

12. It was part of the conspiracy and scheme to defraud that defendants and their coconspirators directed victims to pay bank accounts held by "money mules," who were witting or unwitting individuals in the United States who would receive the stolen proceeds. They would then instruct the money mules to send the stolen money to other bank accounts under the control and direction of defendants and their coconspirators.

13. It was part of the conspiracy and scheme to defraud, defendants and their co-conspirators agreed to and did cause the transmission of wires that traveled interstate and internationally including the use of emails, text messages, phone calls, transfers of money over wire, and use of the internet.

14. It was part of the conspiracy and scheme to defraud that, defendants and their coconspirators, on or about the dates set forth below, attempted to and did steal money through this scheme from the following victims (successful efforts by law enforcement, companies, organizations and/or banks recovered some paid amounts before the stolen money was sent out of the United States):

| **Victim (location)** | **Date of Fraudulent Email** | **Date(s) of Payment** | **Attempted Fraud (approximate)** | **Actual Loss (approximate)** |
|---|---|---|---|---|
| School District Victim 1 (Oregon) | 8/8/2019 | 8/16/2019 | $2,874,063.87 | $0.00 |
| College Victim 1 (Georgia) | 6/5/2019 | N/A | N/A | N/A |
| School District Victim 2 (California) | 7/1/2019 | 7/25/2019 | $38,896.00 | $38,896.00 |
| University Victim 1 (Wyoming) | 7/15/2019 | 7/17/2019 and 7/25/2019 | $2,863,016 | $413,426.00 |

| Victim (location) | Date of Fraudulent Email | Date(s) of Payment | Attempted Fraud (approximate) | Actual Loss (approximate) |
|---|---|---|---|---|
| Company Victim 1 (Virginia) | 7/25/2019 | 8/1/2019 | $4,708,016.85 | $0.00 |
| School District Victim 3 (Ohio) | 7/25/2019 | 8/1/2019 | $10,434.00 | $10,434.00 |
| Company Victim 2 (California) | 8/5/2019 | 8/12/2019 | $1,723,509.45 | $259,545.50 |
| University Victim 2 (Idaho) | 8/26/2019 | 8/27/2019 | $586,774.68 | $0.00 |
| Hospital Victim 1 (Indiana) | 9/4/2019 | 9/6/2019<br>9/10/2019<br>9/12/2019 | $451,856.71 | $59,112.83 |
| School District Victim 4 (Wisconsin) | 9/25/2019 | 10/28/2019 | $843,254.94 | $838,842.20 |
| School District Victim 5 (Iowa) | 10/22/2019 | 10/23/2019 | $1,455,493.50 | $1,029.80 |
| Hospital Victim 2 (Minnesota) | 10/24/2019 | 11/4/2019 to 12/02/2019 | $2,160,651.54 | $2,028 |
| Student Housing Company Victim 1 (Alabama) | 10/29/2019 | 11/05/2019 | $1,733,594.00 | $85,550.30 |
| School District Victim 6 (Texas) | 11/6/2019 | 11/22/2019 to 12/5/2019 | $2,324,878.00 | $1,839,620 |
| School District Victim 7 (Texas) | 11/6/2019 | 1/30/2020 to 2/6/2020 | $68,000 | unknown |
| College Victim 3 (Florida) | 12/12/2019 | 12/23/2019 | $284,063.38 | $254,856.28 |
| School District Victim 8 (Minnesota) | 12/20/2019 | 1/23/2020 | $5,694.98 | $5,694.98 |
| Hospital Victim 3 (Michigan) | 1/27/2020 | 2/4/2020 | $202,000.00 | $0.00 |
| Private School Victim 1 (Arkansas) | 7/27/2020 | 8/19/2020 | $720,600.30 | $570,600.30 |
| University Victim 3 (Delaware) | 12/4/2020 | 1/8/2021 | $2,147,908.87 | $1,833,198.87 |
| | | **TOTALS:** | **$25,202,707.07** | **$6,212,835.06** |

All in violation of 18 U.S.C. § 1349.

///

**COUNT 2**
**(Wire Fraud)**
**(18 U.S.C. § 1343)**

1. The Introductory Allegations, Count 1, and all prior paragraphs of this Indictment are incorporated herein.

2. On or about August 8, 2019, in the District of Oregon and elsewhere, defendants **ARIAWHORAI** and **NWAJIAKU,** together with others known and unknown to the Grand Jury, for the purposes of attempting to execute and executing the material scheme to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, promises, and omissions, as described in Count 1, knowingly transmitted, or caused to be transmitted, by means of wire and radio communications in interstate or foreign commerce: An email sent to School District Victim 1 impersonating ADULT VICTIM 1 that included an ACH form directing payments to a new bank account that included the false name and signature of ADULT VICTIM 2.

All in violation of Title 18, United States Code, Section 1343.

**COUNTS 3-11**
**(Aggravated Identity Theft)**
**(18 U.S.C. § 1028A)**

1. The Introductory Allegations, Counts 1-9, and all prior paragraphs of the Indictment are incorporated herein.

2. On or about the dates set forth below in each Count, in the District of Oregon and elsewhere, defendants **ARIAWHORAI** and **NWAJIAKU,** together with others known and unknown to the Grand Jury, did unlawfully, knowingly, and intentionally transfer, possess, and use, without lawful authority, a means of identification of another, knowing that the means of identification belonged to a real person, during and in relation to felony violations of provisions

contained in Chapter 63 of Title 18, to wit: Wire Fraud in violation of 18 U.S.C. § 1343 and Conspiracy to Commit Wire Fraud in violation of 18 U.S.C. § 1349:

| Count | Date | Means of Identifications | Felony Violations |
|---|---|---|---|
| 3 | August 8, 2019 | Name of ADULT VICTIM 1 used to defraud School District Victim 1 | 18 U.S.C. § 1349; Count 1<br>18 U.S.C. § 1343; Count 2 |
| 4 | August 8, 2019 | Name and signature of ADULT VICTIM 2 used to defraud School District Victim 1 | 18 U.S.C. § 1349; Count 1<br>18 U.S.C. § 1343; Count 2 |
| 5 | July 15, 2019 | Name of ADULT VICTIM 3 used to defraud University Victim 1 | 18 U.S.C. § 1349; Count 1 |
| 6 | July 26, 2019 | Name of ADULT VICTIM 4 used to trick money mule into releasing stolen funds from University Victim 1 | 18 U.S.C. § 1349; Count 1 |
| 7 | September 26, 2019 | Name of ADULT VICTIM 5 used to defraud School District Victim 4 | 18 U.S.C. § 1349; Count 1 |
| 8 | September 26, 2019 | Name of ADULT VICTIM 6 used to defraud School District Victim 4 | 18 U.S.C. § 1349; Count 1 |
| 9 | October 28, 2019 | Name of ADULT VICTIM 7 used to Hospital Victim 2 | 18 U.S.C. § 1349; Count 1 |
| 10 | October 29, 2019 | Name of ADULT VICTIM 8 used to defraud Student Housing Company Victim 1 | 18 U.S.C. § 1349; Count 1 |
| 11 | November 5, 2019 | Name of ADULT VICTIM 9 used to defraud School District Victim 6 | 18 U.S.C. § 1349; Count 1 |

All in violation of 18 U.S.C. § 1028A.

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Counts 1 and 2 of this Indictment, defendants **ARIAWHORAI** and **NWAJIAKU** shall forfeit to the United States pursuant to 18 U.S.C.

§ 982(a)(1)(C), any property constituting, and derived from, proceeds defendants obtained directly and indirectly, as the result of such violation.

**SUBSTITUTE ASSETS**

If any of the above-described forfeitable property listed in Counts 1 and 2 of this Indictment, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 18 U.S.C. § 982(b), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property described in these forfeiture allegations.

Dated this June 15, 2021.

A TRUE BILL.

[redacted]

OFFICIATING FOREPERSON

Presented by:

SCOTT ERIK ASPHAUG
Acting United States Attorney

QUINN P. HARRINGTON, OSB #083544
Assistant United States Attorney