SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**KATHERINE A. RYKKEN, CAB #267196**
Assistant United States Attorney
Katherine.Rykken@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**UNITED STATES OF AMERICA**

**v.**

**EFETURI ARIAWHORAI aka EFETURI SIMEON aka EFE RIGO aka ALEX RIGO aka ALEX SIM aka STEPHEN HOCKMAN aka JAMES WILLIAMS aka CLAYTON ROBERT**

**Defendant.**

**3:21-cr-00207-IM-1**

**MOTION TO UNSEAL ARREST WARRANT**

The United States of America hereby moves the Court for an order unsealing the arrest warrant as to defendant Efeturi Ariawhorai aka Efeturi Simeon aka Efe Rigo aka Alex Rigo aka Alex Sim aka Stephen Hockman aka James Williams aka Clayton Robert. The unsealing is necessary to assist in the extradition of defendant Ariawhorai to the United States.

Dated: September 2, 2026

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Katherine A. Rykken*
KATHERINE A. RYKKEN, CAB #267196
Assistant United States Attorney